UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AUGUST IMAGE, LLC,

                        Plaintiff,

-against-

FANDOMWIRE, LLC, et al.,

                        Defendants.
------------------------------------------------------------X

23 Civ. 9465 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated December 7, 2023, required the parties to file a joint status letter by February 9, 2024.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **February 15, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: February 12, 2024
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE