UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
AUGUST IMAGE, LLC,                                         :
                                    Plaintiff,             :
                                                           :          23 Civ. 9465 (LGS)
   -against-                                               :
                                                           :               ORDER
FANDOMWIRE, LLC, et al.,                                   :
                                    Defendants.            :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 10, 2024, the parties requested a one-month extension of the

discovery deadline because Defendants had not responded to any requests for production or

interrogatories and had not produced any documents.

       WHEREAS, an Order dated April 11, 2024, directed Defendants to file a letter by April

15, 2024, addressing why they failed to comply with the deadline for document production and

explaining why an additional two weeks is necessary to produce documents and provide

responses.

       WHEREAS, no such letter has been filed.

       WHEREAS, although Plaintiff appears to be in contact with Defendants, defense counsel

has not entered an appearance in this action.  It is hereby

       **ORDERED** that Plaintiff shall file default judgment papers against Defendants by **April

26, 2024.**  Plaintiff's counsel shall email a copy of this Order to defense counsel and file a

certificate of service by **April 19, 2024**.

Dated:  April 17, 2024
        New York, New York

                                                    **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**