UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUGUST IMAGE, LLC,
                        Plaintiff,

-against-

FANDOMWIRE, LLC, et al.,
                       Defendants.
------------------------------------------------------------X

23 Civ. 9465 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 10, 2024, the parties requested a one-month extension of the discovery deadline because Defendants had not responded to any requests for production or interrogatories and had not produced any documents.

WHEREAS, an Order dated April 11, 2024, directed Defendants to file a letter by April 15, 2024, addressing why they failed to comply with the deadline for document production and explaining why an additional two weeks is necessary to produce documents and provide responses.

WHEREAS, Defendants failed to file such letter.

WHEREAS, an Order dated April 17, 2024, directed Plaintiff to file default judgment papers against Defendants by April 26, 2024.

WHEREAS, on April 19, 2024, Defendants filed an answer to the First Amended Complaint and a corporate disclosure statement, but did not file any letter addressing their failure to comply with court orders or Plaintiff's anticipated default judgment motion.  It is hereby

**ORDERED** that Defendants shall file a letter addressing their failure to comply with court orders by **April 25, 2024.**  If Defendants fail to file such a letter, Plaintiff shall proceed with its anticipated default judgment motion by **April 26, 2024.**

Dated: April 23, 2024
       New York, New York

                                                   LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE