UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    AUGUST IMAGE, LLC,

                              Plaintiff,

                                      23 Civ. 9465 (LGS)

    -against-

                                      ORDER

    FANDOMWIRE, LLC, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated April 30, 2024, directed the parties to meet and confer and file a letter by May 17, 2024, proposing next steps in this litigation.

       WHEREAS, the parties did not timely file the required letter. It is hereby

       **ORDERED** that the parties shall file the required letter by **May 24, 2024.** If Defendant is unable to participate in the preparation of the letter, Plaintiff shall file a letter providing a status update and proposing next steps by **May 24, 2024.**

Dated: May 21, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE