UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
  AUGUST IMAGE, LLC,                                        :
                                          Plaintiff,        :
                                                            :            23 Civ. 9465 (LGS)
  -against-                                                 :
                                                            :                 ORDER
  FANDOMWIRE, LLC, et al.,                                  :
                                          Defendants.       :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated May 28, 2024, dismissed this action without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action was made within thirty (30) days of that Order;

WHEREAS, on June 28, 2024, the parties asked the Court to retain jurisdiction over the settlement agreement;

WHEREAS, an Order dated July 1, 2024, directed the parties to file the settlement agreement on the docket by July 8, 2024 if the parties intended for the Court to retain jurisdiction over the settlement agreement;

WHEREAS, the parties have not filed the settlement agreement on the docket;

WHEREAS, Individual Rule I.D.5 states, "The Court will not retain jurisdiction to enforce confidential settlement agreements.  If the parties wish the Court to retain jurisdiction to enforce the agreement, the parties shall place the terms of the agreement on the public record."

It is hereby

**ORDERED** that the parties shall file the settlement agreement on the public docket by

**July 12, 2024,** if the parties intend for the Court to retain jurisdiction over the settlement

agreement.  If no agreement is filed, this case will be deemed closed.

Dated: July 9, 2024
      New York, New York

                        LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE